E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS
B80852
        Plaintiff,

vs.

LINDA NEAL, PROGRAM
DIRECTOR, SALINAS VALLEY
PSYCHIATRIC PROGRAM
        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED **(PR)**
IN FORMA PAUPERIS

I, MICHAEL J. HICKS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

P. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____BP GAS STATION 1991_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ____ No  X
10           self employment
11    b.   Income from stocks, bonds,           Yes ____ No  X
12           or royalties?
13    c.   Rent payments?                       Yes ____ No  X
14    d.   Pensions, annuities, or              Yes ____ No  X
15           life insurance payments?
16    e.   Federal or State welfare payments,   Yes ____ No  X
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                       Yes ____ No  X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $_____

P. TO PROC. IN FORMA PAUPERIS           - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NONE _____

_____

5.   Do you own or are you buying a home?   Yes ____ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____
6.   Do you own an automobile?   Yes ____ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ____ No ____ If so, Total due: $ _____
Monthly Payment: $ _____
7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____
_____
Present balance(s): $ _____
Do you own any cash? Yes ____ No ____ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____
_____
8.   What are your monthly expenses?   ∅
Rent: $ _____ Utilities: _____
Food: $ _____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____YES CDCR_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _March 3, 2008_____     _Michael J. Rhodes_____
17      DATE                          SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _MICHAEL J. HICKS_ for the last six months
[prisoner name]
_CSP-SACRAMENTO_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___0___.

Dated: _3/4/08_  _____
[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 03/04/08
                                                                                     PAGE NO:          1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CALIF STATE PRISON SACRAMENTO
                                INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 04, 2008

ACCOUNT NUMBER : B80852                               BED/CELL NUMBER: FA1 2 00000016S
ACCOUNT NAME   : HICKS, MICHAEL JAMES                 ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                            TRUST ACCOUNT ACTIVITY

   TRAN
DATE  CODE  DESCRIPTION          COMMENT          CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------          -------          ---------   --------   -----------   -------
08/01/2007   BEGINNING BALANCE                                                           0.66
03/26  W515  COPY CHARGE         7008877COPY                                0.66         0.00
```

```
                            CURRENT HOLDS IN EFFECT

 DATE     HOLD
PLACED    CODE   DESCRIPTION           COMMENT                HOLD AMOUNT
------    ----   -----------           -------                -----------
12/18/2007 H104  DAMAGES HOLD          701745HEAD                 20.00
12/18/2007 H104  DAMAGES HOLD          701745DEST                688.33
12/18/2007 H104  DAMAGES HOLD          701745DEST                 18.00
12/18/2007 H104  DAMAGES HOLD          701745DEST                 57.00
12/18/2007 H104  DAMAGES HOLD          701745DEST                153.00
12/05/2008 H109  LEGAL POSTAGE HOLD    702206 LEG                  0.58
01/08/2008 H109  LEGAL POSTAGE HOLD    702267 LEG                  0.41
01/14/2008 H109  LEGAL POSTAGE HOLD    702323 LEG                  1.65
01/14/2008 H109  LEGAL POSTAGE HOLD    702323 LEG                  0.41
01/14/2008 H109  LEGAL POSTAGE HOLD    702323 LEG                  2.33
02/14/2008 H109  LEGAL POSTAGE HOLD    702382 LEG                  0.97
02/19/2008 H109  LEGAL POSTAGE HOLD    702411 LEG                  1.82
02/21/2008 H109  LEGAL POSTAGE HOLD    702411 LEG                  1.48
02/21/2008 H109  LEGAL POSTAGE HOLD    702411 LEG                  1.14
02/21/2008 H109  LEGAL POSTAGE HOLD    702411 LEG                  1.65
02/21/2008 H109  LEGAL POSTAGE HOLD    702411 LEG                  1.82
02/21/2008 H109  LEGAL POSTAGE HOLD    702496 LEG                  1.48
02/27/2008 H109  LEGAL POSTAGE HOLD    702496 LEG                  2.16
02/27/2008 H109  LEGAL POSTAGE HOLD    702496 LEG                  1.99
02/27/2008 H109  LEGAL POSTAGE HOLD    702496 LEG                  2.33
02/27/2008 H109  LEGAL POSTAGE HOLD    702527 LEG                  1.48
03/04/2008 H109  LEGAL POSTAGE HOLD    702527 LEG                  1.14
03/04/2008 H109  LEGAL POSTAGE HOLD    702527 LEG                  0.97
03/04/2008 H109  LEGAL POSTAGE HOLD    702527 LEG                  1.48
03/04/2008 H109  LEGAL POSTAGE HOLD    702527 LEG                  1.14
03/04/2008 H109  LEGAL POSTAGE HOLD    702527 LEG                  4.60
```

```
REPORT ID: TS3030  .701                                           REPORT DATE: 03/04/08
                                                                  PAGE NO:           2

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF STATE PRISON SACRAMENTO
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 04, 2008

ACCT: B80852           ACCT NAME: HICKS, MICHAEL JAMES              ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
   BALANCE     DEPOSITS      WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
  ---------    --------      -----------     -------       -------       ------------
     0.66        0.00            0.66          0.00        969.02            0.00

                                                                 CURRENT
                                                                AVAILABLE
                                                                 BALANCE
                                                                ---------
                                                                  969.02-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
                 CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
                 TRUST OFFICE

Michael Duke
P-80582
P.O. Box 290066
Represa, CA 95671

LEGAL MAIL

United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
MAR 26 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES POSTAGE
$01.82
MAILED FROM ZIP CODE 95671