UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 08-1693 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LINDA NEAL, program director - Salinas Valley Psychiatric Program, | |
| Defendant. | |

This action is dismissed without prejudice to plaintiff filing a new action after he exhausts his administrative remedies.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 22, 2008

_____
SUSAN ILLSTON
United States District Judge