UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,      No. C 08-1693 SI (pr)

    Plaintiff,      **ORDER**

   v.

LINDA NEAL,

    Defendant.
_____/

On September 18, 2008, plaintiff filed a document captioned "notice of appeal - request for extension of time to file appeal (FRAP 4(5)(A)(ii)" in which he gave notice that he was appealing and requested an extension of time to file the notice of appeal because he was hospitalized in a "mental health crisis bed" for eleven days. Upon due consideration, the court grants the request and extends the deadline for filing the notice of appeal by 30 days. (Docket # 7). With that extension of the deadline, plaintiff's notice of appeal filed on September 18, 2008 is timely.

The clerk will send a copy of this order to the U.S. Court of Appeals for the Ninth Circuit for filing in Ruiz v. Neal, 9th Cir. No. 08-17086.

IT IS SO ORDERED.

Dated: February 2, 2009

                                                 _____
                                                 SUSAN ILLSTON
                                                United States District Judge